COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| LLOYD STEPHEN GOODEN, | § | No. 08-10-00221-CR |
|  | § |  |
| Appellant, | § | Appeal from |
|  | § |  |
| v. | § | 399th District Court |
|  | § |  |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
|  | § |  |
| Appellee. | § | (TC # 2010CR1581) |
|  | § |  |

## **MEMORANDUM OPINION**

Lloyd Stephen Gooden appeals his conviction of felony driving while intoxicated. Finding that Appellant has no right of appeal, we dismiss the appeal.

Rule 25.2(d) of the Texas Rules of Appellate Procedure requires the trial court to certify the criminal defendant's right of appeal under Rule 25.2(a)(2). TEX.R.APP.P. 25.2(a)(2) and (d). Appellant filed a timely notice of appeal, including the trial court's certification as required by Rules 25.2(a)(2) and 25.2(d), but the certification reflects that the appeal "is a plea-bargain case, and the defendant has NO right of appeal." In a plea-bargain case, a defendant may appeal only those matters raised by written motion and ruled on before trial, or after getting the court's permission to appeal. TEX.R.APP.P. 25.2(a)(2). On July 22, 2010, the Clerk's Office notified Appellant's counsel that the certification reflects that Appellant has no right of appeal in this case and requested a response addressing whether appellant has a right of appeal. No response has been received. Given the trial court's certification that Appellant has no right of appeal and the absence of any response from Appellant showing he has a right to appeal under Rule 25.2(a)(2), we dismiss the appeal.

September 29, 2010

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.